# United States District Court

## EASTERN DISTRICT OF MISSOURI

FILED

SEP ~ 3 2009

U. S. DISTRICT COURT
ST. LOUIS

UNITED STATES OF AMERICA

V.

ARSENIO D. LEAL-RUIZ
AND
ALEXEY LOPEZ ANGEL-BELLO,

**CRIMINAL COMPLAINT**

CASE NUMBER:   4:09MJ00199DDN

I, Kevin Koch, Special Agent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about September 2, 2009, in St. Louis County, in the Eastern District of Missouri, defendant(s) did, knowingly and with intent to defraud used, and attempted to use, one or more counterfeit access devices in violation of Title 18, United States Code, Section(s) 1029(a)(1) and 2. I further state that I am a Special Agent and that this complaint is based on the following facts:

On or about September 2, 2009, the loss prevention officer from the J.C. Penney Store located in South County Mall observed ALEXEY LOPEZ ANGEL-BELLO using a counterfeit credit card ending in 9839 in the name of J.A. in order to purchase a $500.00 gift card. The loss prevention officer was conducting surveillance as a description of ANGEL-BELLO, his vehicle, and a second individual had been circulated by the Fairview Heights store due to the individuals' use of counterfeit credit cards to purchase merchandise in Illinois. When police officers received the information they located and approached the identified vehicle and spoke with ARSENIO D. LEAL-RULI. In response to the officers query as to whether he had any credit cards or identification documents on his person, LEAL-RULI presented more than four credit cards with different variations of his name. After detaining LEAL-RULI, the officers entered the mall and learned from witnesses that ANGEL-BELLO fled when he observed the officers approaching J.C. Penneys. During their pursuit, other witnesses identified the flight path of ANGEL-BELLO and his discarding of credit cards. The officers recovered two counterfeit credit cards in the name of J.A. When ANGEL-BELLO was finally apprehended, the loss prevention officer showed the police officers a JCPenney Investigations Photo Alert which had a photo matching ANGEL-BELLO with information of his participation in the use of additional fraudulent conduct.

**Continued on the attached sheet and made a part hereof.**    ___ Yes    X  No

Signature of Complainant
Kevin Koch, Special Agent
United States Secret Service

Sworn to before me, and subscribed in my presence

September 3, 2009
    Date

at      St. Louis, Missouri
        City and State

Signature of Judicial Officer

David D. Noce
United States Magistrate Judge
 Name and Title of Judicial Officer